Certificate Number: 02645-MA-CC-006997693

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 9, 2009 , at 10:58 o'clock AM EDT ,

Kelly  E Goodhue received from

A 123  Credit Counselors, Inc ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Massachusetts , an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: May 9, 2009                By        /s/Yuleisy Hernandez

                                 Name    Yuleisy Hernandez

                                 Title     Certified Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).