# United States Bankruptcy Court
### District of Massachusetts

In re **Mark D. Goodhue**
**Kelly E. F. Goodhue**
Debtor(s)

Case No. **09-41999**
Chapter **7**

## DEBTORS' MOTION TO CONTINUE HEARING
## ON US TRUSTEE'S MOTION TO DISMISS

Now come the Debtors in the above matter and request that the hearing on Trustee's Motion to Dismiss be continued to May 5, 2010 at 11am. In support there of the Debtors's counsel will be out of state on April 8, 2010.

Date **March 15, 2010**   Signature **/s/ Mark D. Goodhue**
**Mark D. Goodhue**
Debtor

Date **March 15, 2010**   Signature **/s/ Kelly E. F. Goodhue**
**Kelly E. F. Goodhue**
Joint Debtor

Attorney **/s/ Richard M. Canzano**
**Richard M. Canzano 072500**
**36 Commerce Way**
**Woburn, MA 01801**
**781 935 3500**
**rmcanznao@aol.com**

Assented to:

/s/ Lisa D. Tingue
Lisa D.Tingue
Office of the U.S. Trustee
446 Main Street
Worcester, MA 01608
(508) 793-0555
lisa.d.tingue@usdoj.gov